THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 Steven B. Guy, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 

ON WRIT OF CERTIORARI

Appeal from Greenville County
 John C. Few, Circuit Court Judge

Memorandum Opinion No. 2007-MO-045
 Submitted June 20, 2007  Filed June 25,
 2007   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Attorney Wanda H. Carter, of South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen
 Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After thorough consideration of the
 appendix and briefs, we 
DISMISS CERTIORARI AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.